**Dismissed and Opinion Filed August 20, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00866-CR

**GEORGE WALTER FULCO, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-59934**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

George Walter Fulco appeals his conviction for evading arrest and detention with a vehicle. We dismiss this appeal for want of jurisdiction.

## BACKGROUND

On December 13, 2019, Fulco was indicted for the offense of evading arrest and detention with a vehicle. On May 7, 2021, Fulco, his attorney, the prosecutor, and the trial court signed a plea agreement providing Fulco would plead guilty, and the State would recommend a sentence of two years' imprisonment. Fulco also

signed a judicial confession admitting to committing the offense of evading arrest and detention with a vehicle as charged in the charging instrument.

The plea agreement contained two provisions concerning Fulco's right of appeal. First, in the court's admonitions to defendant, the plea agreement stated, "If the punishment assessed does not exceed the agreement between you and the prosecutor, the Court must give its permission to you before you may appeal on any matter in this case except for those matters raised by written motions prior to trial." Second, the plea agreement stated, "the defendant herein states that he Waives the right to appeal to the Court of Appeals." Further, the trial court, Fulco, and his counsel signed the trial court's certification of defendant's right of appeal, which stated, "I certify that this criminal case is a plea-bargain case, and the defendant has NO right of appeal."

The trial court then sentenced Fulco to two years' imprisonment in accordance with the State's recommendation in the plea agreement. On July 22, 2024, more than three years later, Fulco filed a notice of appeal in the trial court.

**APPLICABLE LAW**

The Texas Rules of Appellate Procedure require an appellant to timely file his written notice of appeal. To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. TEX. R. APP. P. 26.2(a). The time to file a notice of appeal may be extended if the party files, within fifteen days of the

filing deadline, the notice of appeal in the trial court and a motion to extend the time to file the notice of appeal in the court of appeals. TEX. R. APP. P. 10.5(b), 26.3. In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal for lack of jurisdiction. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

## ANALYSIS

Here, Fulco filed his notice of appeal more than three years after the date sentence was imposed. His notice of appeal was, therefore, not timely filed, and we do not have jurisdiction over this case. *See* TEX. R. APP. P. 10.5(b), 26.2(a), 26.3; *see also Ex parte Castillo*, 369 S.W.3d at 198. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2 (f).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
240866F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

GEORGE WALTER FULCO,
Appellant

No. 05-24-00866-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F19-59934.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Carlyle participating.

Based on the Court's opinion of this date, this appeal is dismissed for want of jurisdiction.


Judgment entered this 20th day of August 2024.